**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **PATRICIA P. HARRISON, etc.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.:  2:09-cv-00229-WKW-SRW** |
| | ) | |
| **ACE AMERICAN INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S REQUESTED JURY CHARGES

Plaintiff, Patricia P. Harrison, as Dependent Spouse of William Michael Harrison, dec.,

and as Administrator of the Estate of William Michael Harrison, dec., hereby files requested jury

charges for the trial scheduled for August 23, 2010:

Respectfully submitted.

/s/ J. Chris Cochran
J. Chris Cochran
Attorney for Plaintiff

OF COUNSEL:

PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
Ste. 1100
Birmingham, Alabama  35203
Phone:      (205) 322-8880
Facsimile:  (205)328-2711
Email:      phdkh-efiling@pdkhlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of August, 2010, I electronically filed the above and foregoing with the Clerk of Court using the Alafile System and mailed a copy of same via first-class United States Mail, postage pre-paid to the following:

Robert B. Hill                    James L. Martin
3445 Peachtree Road, N.E.        James L. Martin, P.C.
Ste. 500                          P. O. Box 14
Atlanta, Georgia 30326           Eufaula, Alabama 36027


/s/ J. Chris Cochran
Of Counsel

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Negligence and Ordinary Care

"Negligence" means failure to use ordinary care that is, failing to do that which a person of ordinary prudence would have done under the same or similar circumstances or doing that which a person of ordinary prudence would not have done under the same or similar circumstances.

"Ordinary care" means that degree of care that would be used by a person of ordinary prudence under the same or similar circumstances.

PJC 2.1

**GIVEN:** _____     **REFUSED:** _____

3

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Proximate Cause

"Proximate cause" means that cause which, in a natural and continuous sequence, produces an event, and without which cause such event would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using *ordinary care* would have foreseen that the event, or some similar event, might reasonably result there from. There may be more than one proximate cause of an event.

PJC 2.4

**GIVEN:** _____     **REFUSED:** _____

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Duty Owed By Operator of Motor Vehicle

A person operating a motor vehicle on a public street or highway is bound to anticipate the presence of other persons whose rights on the street or highway are equal to his own, * * *, and it is his duty to operate the motor vehicle with due and reasonable care and caution under the circumstances for the safety of others, and for his own safety as well. This duty exists at common law and is not dependent on any statutory requirements, and ordinarily is not affected by statutes regulating the operation of automobiles.ʼ

A person operating an automobile on the public roads must do so in a careful and prudent manner and with due regard for the rights of others on the road. This applies alike to cars preceding and cars following.

*See* Perkins v. Fisher, 395 S.W.2d 657, 661 (Tex. Civ. App. 1965).

**GIVEN:** _____       **REFUSED:** _____

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Duty to Keep a Lookout

A motorist's "proper lookout" encompasses the duty to observe, in a careful and intelligent manner, traffic and the general situation in the vicinity, including speed and proximity of other vehicles, as well as rules of the road and common experience.

"Proper lookout" requires a motorist to see what a person in the exercise of ordinary care and caution for the safety of herself and others would have seen under like circumstances, and to take such steps to guard against accidents which the conditions observed by her would necessarily indicate to be necessary. Operators of motor vehicles have a duty to keep vigilant and watch ahead for pedestrians and other vehicles.

A motorist's failure to keep a proper lookout can be a proximate cause of an accident, where the motorist should have seen something in time to have avoided an accident by evasive action, and but for such failure, a collision could have been avoided.

*See* Esparza v. City of El Paso, 296 S.W. 979 (Tex. Civ. App. El.Paso 1927); *see also*

Montes v. Pendergrass, 61 S.W.3d 505 (Tex. App. San. Antonio 2001).

**GIVEN:** _____      **REFUSED:** _____

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Broad Form – Joint Submission of Negligence and Proximate Cause

Did the negligence, if any, of those named below proximately cause the [*occurrence*] [*injury*] [*occurrence or injury*] in question?

Answer "Yes" or "No" for each of the following:

a.

b.

c.

d.

e.

PJC 4.1

**GIVEN:** _____      **REFUSED:** _____

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Proportionate Responsibility

If you answered "Yes" to Question[*s*]_____ for more than one of those named below, then answer the following question. Otherwise, do not answer the following question.

Assign percentages of responsibility only to those you found caused or contributed to cause the [*occurrence*] [*injury*] [*occurrence or injury*]. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributed to that one in answering another question.

QUESTION _____

For each person you found caused or contributed to cause the [*occurrence*] [*injury*] [*occurrence or injury*], find the percentage of responsibility attributable to each:

a. _____ %

b. _____ %

c. _____ %

d. _____ %

_____  Total   100 _____ %

PJC 4.3

**GIVEN:** _____     **REFUSED:** _____

8

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Gross Negligence

Answer the following question regarding _____ only if you unanimously answered "Yes" to Question _____ [*4.1 or other applicable liability question*] regarding _____. Otherwise, do not answer the following question regarding _____.

To answer "Yes" to [*any part of*] the following question, your answer must be unanimous. You may answer "No" to [*any part of*] the following question only upon a vote of ten or more jurors. Otherwise, you must not answer [*that part of*] the following question.

QUESTION _____

Do you find by clear and convincing evidence that the harm to _____resulted from gross negligence?

"Clear and convincing evidence" means the measure or degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Gross negligence" means an act or omission by _____,

(a)   which   when   viewed   objectively   from   the   standpoint   of _____ at the time of its occurrence involves an extreme degree of risk, considering the probability and magnitude of the potential harm to others; and

(b)   of which   _____ has actual, subjective awareness of the risk involved, but nevertheless proceeds with conscious indifference to the rights, safety, or welfare of others.

Answer "Yes" or "No."

Answer: _____

PJC 4.2C

**GIVEN: _____          REFUSED: _____**

## <u>PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:</u>

### Definition of "Uninsured"

An uninsured motorist is a person who has no liability insurance coverage.

**APJI 20.51**

**GIVEN:** _____     **REFUSED:** _____

## PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Uninsured Motorist Insurance Coverage--Elements of Plaintiff's Case

Ladies and gentlemen of the jury, this case is based on a policy of insurance in which the defendant insurance company issued to the plaintiff a policy of automobile liability insurance which contained a provision affording what is commonly known as uninsured motorist coverage. The plaintiff's complaint contains the following averments, namely:

1. That the defendant insurance company issued a policy of automobile liability insurance coverage which afforded uninsured motorist coverage and that said policy was in full force and effect on the _____ day of _____ , the date of the alleged accident;
2. That on said date the plaintiff was injured by the operation of the motor vehicle *(owned)* or *(operated)* by _____ ;
3. That the said _____ on the occasion of the accident had no liability insurance coverage;
4. That the plaintiff is legally entitled to recover damages of the said _____ . The term "legally entitled to recover damages of the said _____ " means: the plaintiff must establish fault on the part of the said _____ which gives rise to damages and must prove the extent of those damages.

The specific charge of "fault" on the part of _____ as alleged by the plaintiff is: *[here state the charge of negligence or wantonness and define those terms.]* _____

The defendant, in answer to and in defense of the plaintiff's claim, says the plaintiff is not entitled to recover against it because *[here state defenses]*. It is stipulated and agreed between the parties that *[here state stipulations--probably that the policy was issued and was in force and effect, contained uninsured motorist coverage and that the driver of the vehicle involved in the accident was uninsured]*. [If contributory negligence is pleaded as a defense, define it.]

Since the defendant has denied the material averments of the complaint the burden is on the plaintiff to reasonably satisfy you of the truthfulness of each of those averments, namely:

(1) The policy was issued and was in force on the day of the accident.
(2) That the plaintiff was injured by the operation of a vehicle by _____ , who was an uninsured motorist.
(3) That the said _____ is legally responsible for said injuries.
(4) The extent of plaintiff's injury and damage.
If the plaintiff has proved to your reasonable satisfaction the truth of each of those averments he is entitled to a verdict unless the defendant has proved one of its affirmative defenses in which case the defendant is entitled to a verdict.


**APJI 20.50**


**GIVEN:** _____     **REFUSED:** _____

11

### PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### A Case in Which Both the Uninsured Motorist and the Insurance Carrier Are Parties Defendant

I charge you, Ladies and Gentlemen, that there are two defendants in this case, namely, _____ and _____ Insurance Company. The plaintiff claims the defendant _____ , on the occasion of the accident which is made the basis of this suit, was the driver of a motor vehicle and he was guilty of *(negligence)(wantonness)*in the operation of said vehicle and as a proximate cause of said *(negligence)(wantonness)*the plaintiff was injured and damaged. Plaintiff further avers that the defendant _____  on the occasion of the accident had no liability insurance that protected him against the damages sustained by the plaintiff. The plaintiff further avers that on the occasion of the accident he had uninsured motorist coverage provided by the defendant _____ Insurance Company, and that he is entitled to recover from said insurance company payment for the injuries and damages which he sustained as a result of the accident.

In order for the plaintiff to recover against the defendant _____  you must first be reasonably satisfied from the evidence that the defendant _____  was guilty of *(negligence)(wantonness)*which proximately caused the plaintiff's injuries and damages.

*[Here charge on negligence and/or wantonness and also on any special defense interposed by the defendant, such as contributory negligence and the effect of such issues, together with the burden of proof].*

If after considering all of the evidence you are not reasonably satisfied that the defendant _____ is liable to the plaintiff, you will not consider the claim against _____ Insurance Company.

In order for the plaintiff to recover against _____ Insurance Company you must first be reasonably satisfied from the evidence that the defendant _____  was legally responsible for the injuries and damages sustained by the plaintiff.

In the event you find in favor of the plaintiff and against the defendant _____  and further find that the defendant _____  was an uninsured motorist within the terms of the policy of insurance issued by _____ Insurance Company, your verdict also should be against the _____ Insurance Company.

**APJI 20.54**

**GIVEN: _____**      **REFUSED: _____**

12

### PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:

### Hit and Run Cases Where There Was Physical Contact with the Plaintiff

Ladies and gentlemen of the jury, this case is based on a policy of insurance in which the defendant insurance company issued to the plaintiff a policy of automobile liability insurance which contained uninsured motorist coverage. The plaintiff has alleged that he was hit and injured by a hit-and-run driver and that the alleged hit-and-run driver was guilty of negligence and/or wantonness in causing the injuries to the plaintiff. I charge you that a "hit-and-run driver" is an uninsured motorist without proof of the fact that he in fact had no liability insurance. The plaintiff is under the duty to reasonably satisfy you from the evidence that the "hit-and-run driver" was guilty of *(negligence)(wantonness)*which proximately caused the plaintiff's injuries. *[Here charge the jury as to what constitutes negligence and/or wanton misconduct and its legal effect.]*

The defendant, in answer to and in defense of the plaintiff's claim, says the plaintiff is not entitled to recover against it because *[here state defenses such as no negligence on the part of the alleged hit-and-run driver; contributory negligence on the part of the plaintiff; define them and state the legal effect of such defenses.]*It is stipulated and agreed between the parties that *[here state stipulations--probably that coverage is afforded.]*

**APJI 20.52**

**GIVEN: _____          REFUSED: _____**

13

<u>**PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:**</u>

**Wrongful Death Damages – Claim of Surviving Spouse**

QUESTION _____

What sum of money, if paid now in cash, would fairly and reasonably compensate _____for *her* damages, if any, resulting from the death of _____?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of _____.

      a.    Pecuniary loss sustained in the past.

      "Pecuniary loss" means the loss of the care, maintenance, support, services, advice, counsel, and reasonable contributions of a pecuniary value, *excluding loss of inheritance,* that _____, in reasonable probability, would have received from _____ had *he* lived.

Answer: _____

      b.    Pecuniary loss that, in reasonable probability, will be sustained in the future.

Answer: _____

      c.    Loss of companionship and society sustained in the past.

      "Loss of companionship and society" means the loss of the positive benefits flowing from the love, comfort, companionship, and society that _____ in reasonable probability, would have received from _____ had *he* lived.

Answer: _____

      d.    Loss of companionship and society that, in reasonable probability, will be sustained in the future.

14

Answer: _____

      e.      Mental anguish sustained in the past.

          "Mental anguish" means the emotional pain, torment, and suffering experienced by _____. because of the death of _____.

Answer: _____

      f.      Mental anguish that, in reasonable probability, will be sustained in the future.

Answer: _____

In determining damages for elements *c*, *d*, *e*, and *f*, you may consider the relationship between _____ and _____, their living arrangements, any extended absences from one another, the harmony of their family relations, and their common interests and activities.

      g.      Loss of inheritance.

          "Loss of inheritance" means the loss of the present value of the assets that the deceased, in reasonable probability, would have added to the estate and left at natural death to _____..

Answer: _____

PJC 9.2

**GIVEN: _____**        **REFUSED: _____**

## <u>PLAINTIFF'S INSTRUCTED JURY CHARGE NO.:</u>

### Wrongful Death Damages – Exemplary Damages

Answer the following question regarding _____only if you unanimously answered "Yes" to Question _____ regarding _____. Otherwise, do not answer the following question regarding _____.

You are instructed that you must unanimously agree on the amount of any award of exemplary damages.

What sum of money, if any, should be assessed against _____ and awarded to _____ as exemplary damages for the conduct found in response to Question _____?

"Exemplary damages" means any damages awarded as a penalty or by way of punishment but not for compensatory purposes. Exemplary damages include punitive damages. The primary purposes for awarding punitive damages are to punish a defendant for reprehensible behavior and to deter similar conduct in the future.

Factors to consider in awarding exemplary damages, if any, are—

    a.      The nature of the wrong.

    b.      The character of the conduct involved.

    c.      The degree of culpability of the wrongdoer.

    d.      The situation and sensibilities of the parties concerned.

    e.      The extent to which such conduct offends a public sense of justice and propriety.

    f.      The net worth of_____.

Answer in dollars and cents, if any.

Answer: _____

PJC 9.6C; see <u>General Resources Org, Inc. v. Deadman</u>, 932 S.W.2d 485, 86 (Tex. 1996).

      **GIVEN:  _____        REFUSED:  _____**